# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1696
L.T. Case Nos. 42-2012-CF-620-A
42-2012-CF-621-A
42-2012-CF-686-A
42-2012-CF-687-A
42-2012-CF-688-A
42-2012-CF-689-A

_____

GEORGE ROBERT FOUT,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Marion County.
Timothy Thomas McCourt, Judge.

George Edward Reres, of Rereslaw, LLC, Fort Lauderdale, for
Appellant.

James Uthmeier, Attorney General, Tallahassee, and Samuel
Anthony Perrone, Assistant Attorney General, Daytona Beach, for
Appellee.

November 25, 2025

PER CURIAM.

AFFIRMED.

EISNAUGLE, KILBANE, and MACIVER, JJ., concur.

————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————